1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN WAYNE BONILLA,                    No.  2:18-cv-02560-TLN-KJN

12                   Plaintiff,

13          v.                                 ORDER

14    MODOC COUNTY, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 20, 2018, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (ECF No. 13.)  Plaintiff has

23    not filed objections to the findings and recommendations.

24          The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27    ///

28    ///

                                                    1

1. The findings and recommendations filed December 20, 2018, (ECF No. 13) are adopted in full;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 11) is denied; and

3. Plaintiff is ordered to pay the filing fee within fourteen days of the filed date of this order.


Dated: February 4, 2019

Troy L. Nunley
United States District Judge