# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**STEVEN WAYNE BONILLA, VEXATIOUS LITIGANT,**

CASE NO: **2:18–CV–02560–TLN–KJN**

v.

**MODOC COUNTY,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/16/2019**

**Marianne Matherly**
Clerk of Court

ENTERED: **May 16, 2019**

by: /s/ L. Reader
Deputy Clerk